Unsworn Complaint

7-22CV-028-M-BP

under Texas Civil Practice and Remedies Chapter 132 Unsworn Declarations that allows 132.001(e) an unsworn declaration to be made by an inmate without documentation, as follows (was revised 2012):

"My Name is Stephen Anthoney Edwards. My D.O.B is 6-12-73 and my inmate Identification Number is #1260584. I am presently incarcerated in T.D.C. Allred Unit in Iowa Park Texas 76367-6568. I declare under the penalty of perjury that the foregoing is true and correct. Executed on 2/25/22    _Stephen Edwards_
                                                  signature

Head Warden Jimmy Smith, and Assistant Warden Timothy Hooper, Major Timothy Washington Employed at T.D.C namely the Allred Unit located in Iowa Park, Tx Have all as a team continuously violated Texas Penal Code §37.09 and 37.10 Falsification of records / Tx Penal Code §39.04 Violation of statutory authority / Court order / rules / regulations / Policies / Destroying evidence or giving false testimony / information Tx Penal Code §37.09.

## Statement of Facts

The persons named in this complaint above have directly contributed to a continuance of the illegal advertisment of false information, namely altered photographs and false documentation painting me (Stephen Anthune Edwards) as a "child molester" with the sole intention to haved me (SUPRA) murdered for the purpose of fraudulant criminal finiancial gain. Also the persons named in this criminal complaint have also posted phoney information online via Photoshop/soundbite minipulation. I have been very instrumental in the usage of vehicals at a institutional level to merely get what the law (State and Federal) says I am entitled to as a U.S. incarcerated citizen, however I have been marked for death for that very reason (see civil action NO. 2:20-CV-00084).

Footnote: upon review of the camera for a more vivid confirmation in the High Security building on 11-19-21 from 7:11 to 7:16 AM my door rolled while I was asleep and also on

