IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| STEPHEN ANTHONEY EDWARDS, TDCJ No. 1260584, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:22-cv-00028-M-BP |
| JIMMY SMITH, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that this action is **DISMISSED without prejudice**.

**SO ORDERED** this 10th day of June, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE